THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS

Rush, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered March 12, 1979, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed. We perceive no prejudice in the trial court's instruction to the jury concerning the weight to be accorded a prior inconsistent statement made by the complainant. Damiani, J. P., Gulotta, Martuscello and O'Connor, JJ., concur.